**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 01-50230
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RENE ENRIQUEZ,

Defendant-
Appellant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-99-CR-513-ALL
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
October 15, 2001

Before DAVIS, BENAVIDES and STEWART, Circuit Judges:

PER CURIAM:[*]

Rene Enriquez appeals his sentence for transporting illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii). He contends that the district court clearly erred in enhancing his sentence pursuant to § 2L1.1(b)(5) of the sentencing guidelines. Section 2L1.1(b)(5) provides for an increase in a defendant's offense level if the offense involved intentionally or recklessly creating a substantial risk of death or serious bodily injury to another person. Enriquez was stopped for driving 98 miles per hour (mph) in a 70 mph zone. Upon inspection of the vehicle, the trooper observed nine illegal aliens from Mexico hiding on the floor of the van. The van had a rate capacity of seven persons. The district court did not err in applying § 2L1.1(b)(5) to enhance Enriquez's sentence.

---

[*] Pursuant to 5ᵀᴴ CɪR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CɪR. R. 47.5.4.

AFFIRMED.